David **ATKINS**, Jr., Plaintiff–Appellant,

v.

**CORRECTIONAL OFFICER DAY; Lieutenant Barker, Correctional Officer; Correctional Officer Scrogins; Nurse Salmon; Jane Doe, Nurse, Defendants-appellees.**

**No. 01–6954.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Nov. 20, 2001.

David Atkins, Jr., pro se. Mark Charles Nanavati, Sinnott, Nuckols & Logan, P.C., Midlothian, VA, for appellees.

Before NIEMEYER, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

---

PER CURIAM.

David Atkins, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Atkins v. Day,* No. CA–00–1699–AM (E.D. Va. filed May 8, 2001; entered May 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*